The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Harold Miner, individually and as a representative of a class of similarly situated persons, and on behalf of the T-MOBILE USA, INC. 401(K) RETIREMENT SAVINGS PLAN & TRUST,<br><br>PLAINTIFF,<br><br>v.<br><br>T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>DEFENDANTS. | Case No. 2:26-cv-02724-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING** |

Defendants T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS (collectively, "Defendants"), and Plaintiff HAROLD MINER ("Plaintiff") (collectively, the "Parties") hereby jointly file the foregoing Stipulated Motion to Extend Defendants' Deadline to Respond to the Complaint. In support of the Motion, the parties state as follows:

1. Plaintiff filed his Complaint in this action on July 31, 2026. (ECF No. 1.)



LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WASHINGTON 98101
206.381.4913

2. Defendants were served by Plaintiff in this action on August 7, 2026. (ECF Nos. 10-12.)

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants' responsive pleading is currently due on August 28, 2026.

4. Defendants are still in the process of retaining counsel to represent them in this matter, and, therefore, Defendants require additional time to complete that process and prepare a response to the Complaint. In the interim, Defendants have retained the undersigned firm to prepare and submit a request for an extension of time for their responsive pleading.

5. The Parties have conferred, and Plaintiff agrees to this request for an extension of time to respond to the Complaint, up to and including October 2, 2026.

6. Further, Defendants agree to an extension of Plaintiff's time to file a response if Defendants file a motion in response to the Complaint rather than an Answer, up to and including November 13, 2026.

7. This is the Parties' first extension request.

8. The Parties' request is made in good faith and not for the purpose of delay.

For the foregoing reason, the Parties stipulate and request that the Court extend the deadline for Defendants to file an answer or otherwise respond to Plaintiff's Complaint through and including October 2, 2026, and that if Defendants file a motion in response to the Complaint rather than an answer, Plaintiff shall have an extension of time through and including November 13, 2026 to file his response to any such motion.

//

//

//

//

//



LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WASHINGTON 98101
206.381.4913

Dated: August 27, 2026

**PFAU COCHRAN VERTETIS AMALA PLLC**

s/ *Thomas Vertetis*
THOMAS B. VERTETIS, WSBA No. 29805
s/ *Christopher Love*
CHRISTOPHER E. LOVE, WSBA No. 42832
909 A Street, Suite 700
Tacoma, Washington 98402
Telephone: (253) 777-0799
Facsimile: (206) 627-0654
tom@pcvalaw.com
chris@pcvalaw.com

Attorneys for Plaintiff
HAROLD MINER

**SANFORD HEISLER SHARP MCKNIGHT LLP**

s/ *Charles Field*
CHARLES FIELD* (CA Bar No. 189817)
MEGHAN HEESCH* (CA Bar No. 355708)
7911 Herschel Ave., Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4253
Cfield@sanfordheisler.com
mheesch@sanfordheisler.com

LEIGH ANN ST. CHARLES (TN Bar No. 036945)
SANFORD HEISLER SHARP MCKNIGHT LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
lstcharles@sanfordheisler.com

*Admitted *Pro Hac Vice*

//

//

//

//

Dated: August 27, 2026

**LITTLER MENDELSON, P.C**

s/ *Ryan Hammond*

RYAN HAMMOND, WSBA #38888
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101
Telephone: 206.623.3300
Facsimile: 415.447.6965
rhammond@littler.com

Attorney for Defendants
T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC., AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS

**ORDER**

THIS MATTER having come before the Court on the Parties' Stipulated Motion to extend Defendants' Deadline to File Responsive Pleading, and good cause now shown,

IT IS HEREBY ORDERED that the deadline for Defendants to file a response to the Complaint is extended to October 2, 2026.

IT IS FURTHER ORDERED that, if Defendants file a motion in response to the Complaint, the deadline for Plaintiff to file a response to any such motion is extended to November 13, 2026.

Dated: August 28, 2026

Kymberly K. Evanson
United States District Judge



LITTLER MENDELSON, P.C.
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3200
SEATTLE, WASHINGTON 98101
206.381.4913