THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Harold Miner, individually and as a representative of a class of similarly situated persons, and on behalf of the T-MOBILE USA, INC.401(K) RETIREMENT SAVINGS PLAN & TRUST,<br><br>PLAINTIFF,<br><br>v.<br><br>T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>DEFENDANTS. | NO. 2:26-CV-02724-KKE<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Consolidate and for Appointment of Interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that:

Plaintiff's Motion to Consolidate is GRANTED pursuant to Fed. R. Civ. P. 42(a). The lead case shall be 26-CV-2724-KKE.

Plaintiff's Motion for Appointment of Interim Class Counsel is GRANTED.

Charles H. Field, Leigh Anne St. Charles, and Meghan Heesch and Sanford Heisler Sharp McKnight, LLP are appointed as Interim Class Counsel in the above-captioned matter, with Thomas B. Vertetis and Pfau Cochran Vertetis Amala PLLC serving as Plaintiff's local counsel.

DATED this ________ day of ___________, 2026.

______________________________________
THE HONORABLE KYMBERLY K. EVANSON

Presented by:

**PFAU COCHRAN VERTETIS AMALA PLLC**

By: *_/s/Thomas B. Vertetis_*
Thomas B. Vertetis, WSBA No. 29805
Christopher E. Love, WSBA No. 42832

**SANFORD HEISLER SHARP MCKNIGHT, LLP**

By: *_/s/Charles Field_*
Charles Field*, CA Bar No. 189817
Meghan Heesch*, CA Bar No. 355708
Leigh Anne St. Charles*, TN Bar No. 036945
**Admitted Pro Hac Vice*

*Attorneys for Plaintiff and the Proposed Class*