The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD MINER, individually and as a representative of a class of similarly situated persons, and on behalf of the T-MOBILE USA, INC.401(K) RETIREMENT SAVINGS PLAN & TRUST,<br><br>PLAINTIFF,<br><br>v.<br><br>T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>DEFENDANTS. | NO. 2:26-CV-02724-KKE<br><br>DECLARATION OF THOMAS VERTETIS IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CLASS COUNSEL |

I, Thomas Vertetis, Esq. declare and state as follows:

1. I am Managing Partner of Pfau Cochran Vertetis Amala PLLC. I am counsel for Plaintiff in the above-captioned action.

2. I make this Declaration in support of Plaintiff's Motion to Consolidate and Appoint Interim Class Counsel. If called and sworn as a witness, I would testify competently as to the facts



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

in this Declaration.

3. I received my law degree from Villanova University School of Law in 1997. I was a semi-finalist in the 1996 National Tax Moot Court Competition.

4. I have practiced in Washington for over two decades and have significant experience with ERISA class actions. I have an established record of successful litigation on behalf of plaintiffs in individual and class action cases, having led more than 50 jury trials, obtained many multi-million-dollar verdicts, as well as hundreds of other significant settlements.

5. In 2023 I was inducted as a Fellow into the American College of Trial Lawyers, one of the premier legal associations in North America. Founded in 1950, the College is composed of the best of the trial bar from the United States, Canada and Puerto Rico. Fellowship in the College is extended by invitation only and only after careful investigation, to those experienced trial lawyers of diverse backgrounds, who have mastered the art of advocacy and whose professional careers have been marked by the highest standards of ethical conduct, professionalism, civility, and collegiality.

6. I was named Washington Trial Lawyer of the Year in 2019 by the *American Board of Trial Attorneys*, a "Lawyer of the Year" in the Seattle Area by *Best Lawyers in America*, and a Top 10 Attorney in Washington State by *Super Lawyers*. I serve as a Trustee for the Foundation for Washington State Courts, and as Lawyer Representative for the Western District of Washington Ninth Circuit. I am the Incoming Vice President of the M. Margaret McKeown Federal Bar Association.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of September, 2026, in Tacoma, Washington.



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

**PFAU COCHRAN VERTETIS AMALA PLLC**

By: /s/Thomas B. Vertetis
Thomas B. Vertetis, WSBA No. 29805
*Attorney for Plaintiff and the Proposed Class*



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654