The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Harold Miner, individually and as a representative of a class of similarly situated persons, and on behalf of the T-MOBILE USA, INC. 401(K) RETIREMENT SAVINGS PLAN & TRUST,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS, DOES 1-20, and DOES 21-40,<br><br>Defendants. | Case No. 2:26-cv-02724-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

Defendants T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC. AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS (collectively, "Defendants"), and Plaintiff HAROLD MINER ("Plaintiff") (collectively, the "Parties") hereby jointly file the foregoing Stipulated Motion to Extend Defendants' Deadline to Respond to the Complaint and related discovery deadlines. In support of the Motion, the parties state as follows:

1. Plaintiff filed his Complaint in this action on July 31, 2026. (ECF No. 1.)

2. Defendants were served by Plaintiff in this action on August 7, 2026. (ECF Nos. 10-12.)

3. Pursuant to the Parties' Stipulation and this Court's Order regarding the same (ECF Nos. 14 – 15), Defendants' responsive pleading is currently due on October 2, 2026.

4. On August 28, 2026, the Court issued an Order requiring the Parties to conduct a Rule 26(f) conference on or before September 18, 2026, exchange initial disclosures by October 2, 2026, and to file a Joint Status Report by October 9, 2026. (ECF No. 16).

5. In the meantime, on September 4, 2026, Plaintiff filed a Motion to Consolidate and Appoint Interim Class Counsel, seeking to consolidate this matter with another matter in the Western District of Washington ("Motion to Consolidate"). (ECF Nos. 17 – 21).

6. Furthermore, Defendants only recently finalized the process of retaining undersigned counsel to represent them in this matter in coordination with the applicable insurance carrier.

7. Accordingly, due to the pending Motion to Consolidate and Defendants' recent retention of counsel, the Parties have conferred and agree that it would be prudent to reset the deadlines for Defendants' responsive pleading to allow time for the Court to consider and rule on the pending Motion to Consolidate and for the scope of claims in this and any consolidated cases to be finalized before Defendants submit a responsive pleading. Further, the Parties agree that extending the deadline for conducting a Rule 26(f) conference, exchanging initial disclosures, and filing a combined joint status report and discovery plan until after the Motion to Consolidate is ruled on and Defendants submit their responsive pleading is prudent so that the Parties can appropriately plan for further case proceedings with a full understanding of the scope of claims that will be at issue in this case and what claims, if any, are subject to preliminary motions practice.

8. Accordingly, the Parties respectfully request a further extension of time for Defendants to file their responsive pleading, up to and including October 30, 2026, to allow time

for the Court to rule on the pending Motion to Consolidate before Defendants' responsive pleading is submitted. The Parties further agree that, if Defendants file a motion to dismiss, Plaintiff will have until December 15, 2026 to file any opposition, and Defendants will have until January 15, 2027, to file their reply.

9. In addition, the Parties respectfully request an extension of time to conduct the Rule 26(f) conference up to and including November 13, 2026, an extension of time to exchange initial disclosures up to and including November 30, 2026, and an extension of time to file a Joint Status Report up to and including December 7, 2026.

10. This is the Parties' second extension request regarding the responsive pleading deadlines.

11. This is the Parties' first extension request regarding the Rule 26(f) conference and related deadlines.

12. The Parties' request is made in good faith so that this case can proceed in an orderly fashion and not for the purpose of delay.

For the foregoing reason, the Parties stipulate and request that the Court extend the deadline for Defendants to file a responsive pleading to October 30, 2026, for Plaintiff to file an opposition to any motion to dismiss to December 15, 2026, and for Defendants to file any reply in support of a motion to dismiss to January 15, 2027. The Parties further stipulate and request that the Court extend the deadline for the Parties to conduct the Rule 26(f) conference, up to and including November 13, 2026, to exchange initial disclosures, up to and including November 30, 2026, and to file a Joint Status Report, up to and including December 7, 2026.

//

//

//

//

Dated: September 18, 2026

**PFAU COCHRAN VERTETIS AMALA PLLC**

s/ *Thomas Vertetis*
THOMAS B. VERTETIS, WSBA No. 29805

s/ *Christopher Love*
CHRISTOPHER E. LOVE, WSBA No. 42832
909 A Street, Suite 700
Tacoma, Washington 98402
Telephone: (253) 777-0799
Facsimile: (206) 627-0654
tom@pcvalaw.com
chris@pcvalaw.com

**SANFORD HEISLER SHARP MCKNIGHT LLP**

s/ *Charles Field*
CHARLES FIELD* (CA Bar No. 189817)
MEGHAN HEESCH* (CA Bar No. 355708)
7911 Herschel Ave., Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4253
Cfield@sanfordheisler.com
mheesch@sanfordheisler.com

LEIGH ANN ST. CHARLES (TN Bar No. 036945)
SANFORD HEISLER SHARP MCKNIGHT LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7000
lstcharles@sanfordheisler.com

*Admitted *Pro Hac Vice*

Attorneys for Plaintiff
HAROLD MINER

//

//

//

//

//

Dated: September 18, 2026

**LITTLER MENDELSON, P.C**

s/ *Ryan Hammond*
RYAN HAMMOND, WSBA #38888
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101
Telephone: 206.623.3300
Facsimile: 415.447.6965
rhammond@littler.com

Attorneys for Defendants
T-MOBILE USA, INC., THE BOARD OF DIRECTORS OF T-MOBILE USA, INC., AND ITS MEMBERS, THE T-MOBILE RETIREMENT PLANS COMMITTEE AND ITS MEMBERS

**ORDER**

Having reviewed the parties' stipulated motion (Dkt. No. 22) and finding good cause, the Court will GRANT the motion.

IT IS HEREBY ORDERED that Defendants shall file their responsive pleading on or before October 30, 2026, Plaintiff shall file their opposition to any motion to dismiss on or before December 15, 2026, and Defendants shall file their reply in support of any motion to dismiss on or before January 15, 2027.

IT IS FURTHER ORDERED that the deadline for the Parties to conduct the Rule 26(f) conference is extended up to and including November 13, 2026, the deadline to exchange initial disclosures is extended up to and including November 30, 2026, and the deadline for the Parties to file a Joint Status Report is extended up to and including December 7, 2026.

Dated the 21st of September, 2026.

Kymberly K. Evanson
United States District Judge